IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KENNETH B. SCALES** | : | CIVIL ACTION NO. 3:10-CV-333 |
| | : | |
| Plaintiff | : | (Chief Judge Kane) |
| | : | (Magistrate Judge Smyser) |
| v. | : | |
| | : | |
| **JEFF WITHERITE, ET AL.** | : | |
| | : | |
| Defendants | : | |

## O R D E R

Before the Court in the above-captioned action is a November 16, 2011 Report and Recommendation of the Magistrate Judge. No timely objections have been filed.

**AND NOW**, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Smyser.

2) The case is dismissed pursuant to Fed.R.Civ.P.41(a)(2).

3) The Clerk of Court shall close the file.

*S/ Yvette Kane*
YVETTE KANE, Chief Judge
United States District Court
Middle District of Pennsylvania

Dated: December 6, 2011